UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DR. LYDIE HAZAN,<br>         Plaintiff,<br> v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,<br>         Defendants. | Case No. 2:12-cv-00917-LDG-PAL<br><br>**ORDER**<br><br>(Mtn. to Withdraw Counsel - Dkt. #43) |

   This matter is before the court on the Motion to Withdraw as Counsel of Record for Plaintiff (Dkt. #43) filed May 13, 2014. Cal J. Potter, III, and Cal J. Potter, IV, seek leave to withdraw as counsel of record for Plaintiff Dr. Lydie Hazan. The Motion represents that Plaintiff emailed counsel and asked that he no longer work on this case. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff filed her complaint in state court, and on May 31, 2013, Defendants removed it to this court. *See* Petition for Removal (Dkt. #1). Discovery has closed, and Motions for Summary Judgment (Dkt. ##23, 29, 34) are currently pending before the district judge.

   Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED**:

   1  The Motion to Withdraw as Counsel for Plaintiff (Dkt. #43) is GRANTED.

   2.  Plaintiff shall have until **June 16, 2014,** in which to retain substitute counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a notice that she will proceed pro se.

   3.  Failure to comply with this order may result in a recommendation to the district judge for sanctions, including case-dispositive sanctions.

1

1     4.     The Clerk of Court shall serve a copy of this Order on Plaintiff at:

                Lydie Hazan
2           10445 Wilshire Blvd. #1805
                Los Angeles, CA 90024
3

4 Dated this 15th day of May, 2014.

5

6                                                 PEGGY A. LEEN
7                                                 UNITED STATES MAGISTRATE JUDGE