UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LYDIE HAZAN,<br><br>                          Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                          Defendants. | Case No. 2:12-cv-00917-LDG -PAL<br><br>**ORDER**<br><br>(Mtn to Extend Time – Dkt. #45) |

This matter is before the court on Plaintiff Lydie Hazan's Motion to Extend Time (Dkt. #45) filed June 17, 2014.  The court has considered the Motion.

On May 20, 2014, the court entered an Order (Dkt. #44) allowing Plaintiff's former counsel, Cal J. Potter, III, to withdraw as counsel of record for Plaintiff.  The court directed Plaintiff to either file a statement that she would proceed pro se or retain counsel who would file a notice of appearance in accordance with the Local Rules no later than June 16, 2014.  Plaintiff seeks an extension of time to find replacement counsel because she did not receive the court's Order until June 14, 2014, because she was out of town.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. Plaintiff's Motion for Extension of Time (Dkt. #45) is GRANTED.
2. Plaintiff shall have until **July 24, 2014,** in which to either retain new counsel who shall file a notice of appearance in accordance with the Local Rules or to file a notice that she will proceed pro se.
3. No further extensions will be granted absent a strong showing of good cause and diligence.

1

1  4.  Failure to comply with this Order may result in the imposition of sanctions, up to and
2      including case-dispositive sanctions.
3  Dated this 23rd day of June, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2